UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD LEONG**,<br>　　　　Plaintiff,<br>　　v.<br>**WARREN C. HAVENS**,<br>　　　　Defendant. | Case No.  15-cv-02463-YGR<br><br>**ORDER GRANTING IN PART MOTION TO SHORTEN TIME**<br>Re: Dkt. No. 11 |

On June 5, 2015, two days after the Notice of Removal (Dkt. No. 1) was filed, the plaintiff filed a Motion to Remand (Dkt. No. 10) and a Motion to Shorten Time for Hearing on the foregoing motion (Dkt. No. 11).  The defendant filed an opposition to the motion to shorten time on June 8, 2015 (Dkt. No. 13), and the plaintiff filed a reply in support of the motion later that same day (Dkt. No. 14).  Having considered the papers submitted and good cause shown, the Court **GRANTS IN PART** the motion to shorten time.

The defendant's opposition to the motion to remand shall be filed by **June 15, 2015**.  The plaintiff's reply shall be filed by **June 18, 2015** at **noon**.  The hearing on the motion is **RESET** to **June 23, 2015** at **2 p.m.** in Courtroom 1 of the Federal Courthouse at 1301 Clay Street in Oakland, California.

This Order terminates Docket Number 11.

**IT IS SO ORDERED.**

Dated: June 9, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**