UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ARNOLD LEONG,**

    Plaintiff,

    v.

**WARREN C. HAVENS,**

    Defendant.

Case No. 15-cv-02463-YGR

**ORDER GRANTING MOTION TO REMAND**

Re: Dkt. No. 10

The defendant filed a Notice of Removal on June 3, 2015. (Dkt. No. 1.) Thereafter, the plaintiff filed a motion to remand the action to state court (Dkt. No. 10) and a motion for an expedited hearing on the motion to remand (Dkt. No. 11). The Court set the motion for hearing on June 23, 2015.

Having carefully considered the papers submitted, the record in this case, and the arguments of counsel, and good cause shown, the Court **GRANTS** the motion to remand for the reasons stated on the record at the June 23 hearing. Pursuant to 28 U.S.C. § 1447(c), this action is hereby **REMANDED** to the Superior Court of the State of California, County of Alameda.

This Order terminates Docket Number 10 and the Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**